AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
VANESSA L ARMSTRONG, CLERK
May 05 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 5:20MJ-00053-LLK |
| JEREMIAH WOOLEY | ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date of April 29, 2020 in the county of McCracken in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count 1: Title 26, United States Code, Sections 5841, 5861(d), and 5871 | Possession of Unregistered Firearm |

This criminal complaint is based on these facts:

See *Affidavit in Support of Criminal Complaint*, incorporated as if fully set forth herein.

☒  Continued on the attached sheet

*[signature]*
Jamie Gordon, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

*Sworn to/attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.*

Date: May 5, 2020

*[signature]*
Hon. Lanny King, Magistrate Judge

City and State: Paducah, Kentucky

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jamie W. Gordon, being first duly sworn, do hereby depose and state:

1. Your affiant, Jamie W. Gordon, is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and has been so employed for the past 12 ½ years in such capacity. Your affiant has approximately 24 ½ years law enforcements experience. Your affiant is charged with the responsibility for enforcement of Federal firearms and explosive laws in the Western Judicial District of Kentucky to include Possession, Receipt and Transport of Firearms by Prohibited Persons, as well as the Possession, Receipt, Use and Transport of Explosives. This affidavit is based on my own investigation, as well as information that I have learned through communication with other ATF Special Agents, ATF Explosive Enforcement Officer, Detectives of the Kentucky State Police (KSP) Drug Enforcement and Special Investigations (DESI), and Kentucky State Police Hazardous Devices Investigator. Your affiant has not included every fact known to law enforcement concerning this investigation. Affiant has submitted only those facts and circumstances that affiant believes establishes probable cause. The following information is submitted in support of probable cause for the arrest of Jeremiah WOOLEY.

2. On or about April 22, 2020, Kentucky State Police (KSP) began investigating threats to commit bodily harm to the Governor of Kentucky and Kentucky State Police Troopers posted on the social media platform, Facebook. The threats were

1

*LLK*
*JP*

made between April 11, 2020 and April 17, 2020 using what was later determined to a Facebook profile that utilized a false name or alias.

3. On or about April 10, 2020, an individual identified by his Facebook profile name of "Jamie York" posted a YouTube video to his Facebook timeline entitled "Kentucky Governor sends State Troopers to Church to Enforce Social distancing…" At the time the KSP investigation began, the post had generated thirteen (13) comments by friends of "Jamie York". One of the individuals commenting on the post did so under the Facebook profile name of "Nick Sample." The comments made by "Nick Sample" were threatening in nature and directed at Governor of Kentucky and KSP Troopers. The comments made by "Nick Sample are as follows:

   a. April 11, 2020 at 9:00 a.m., "I would shoot them motherfuckers in their face;"

   b. April 11, 2020 at 9:00 a.m., "Therd be too dead men in their fucking cars that's for sure;"

   c. April 11, 2020 at 9:03 a.m., "God tells you to stand up and fight back against very things like this and you're all too scared of men to fight back for your god that is more powerful than any man on earth any cluster or group of men on earth our God can conquer all and you're scared of men That's almost like denying God in the face of a man;"

   d. April 11, 2020 at 9:03 a.m., "Anybody think about maybe going and visiting the governor at his house;"

   e. April 11, 2020 at 9:44 a.m., <u>Jamie York</u> <u>Nick Sample</u> "honestly almost every governor in the nation needs to be explained what tyranny is. We have people

getting arrested nation wide for sitting in their back yard alone, we have people getting arrested for doing drive through communion yet a drive through at McDonald's can still operate, we have teachers throwing drive by car parades for their special needs students they can't see getting fined by police, we have people being asked to turn in their neighbor, and police asking for essential work papers. The only thing missing is camps and yellow stars."

  f. April 11, 2020 a.m., <u>Nick Sample</u> <u>Jamie York</u> "May they all fall dead before they reach me or I'll shoot one in his bald head."

4. On or about April 17, 2020 at 12:04 p.m., the "Nick Sample" Facebook profile commented on a post my by "Jamie York". The comment made by "Nick Sample" is as follows;

  a. "When would it be acceptable to go and kill this guy."

5. On or about April 27, 2020, KSP detectives determined by the use of a search warrant and subpoenas to Facebook and Internet Service Provider Ballard Rural Telephone Cooperative Corporation, that the "Nick Sample" Facebook profile/account utilized an IP address assigned or registered to "Jane Doe # 1" ["Jane Doe #1 is a pseudonym for a person known to and identified by law enforcement not listed herein to protect his/her privacy] who resides at 10650 Ogden Landing Road, Kevil, Kentucky. Detectives were able to cross-reference the phone number "Nick Sample" posted on Facebook postings with the subscriber information attached to the IP address used to make various Facebook postings; this number is associated with "Jane Doe # 1" and Jeremiah WOOLEY.

3

WOOLEY resides at the residence with "Jane Doe # 1) and three (3) minor children.

6. On or about April 29, 2020, KSP arrested WOOLEY on state charges of 3rd Degree Terroristic Threatening after he left his residence. During the arrest, WOOLEY had two (2) handguns on his person and the female with WOOLEY "Jane Doe # 1) had one (1) handgun on her person. Three (3) minor children were with them during the arrest.

7. On or about April 29, 2020, KSP executed a state search warrant at the residence of Jeremiah WOOLEY, located at 10650 Ogden Landing Road, Kevil, Kentucky. During the execution of the search warrant approximately twelve firearms to include a 50 caliber rifle, assault style firearms, shotguns, rifles, and handguns were recovered. Several of the firearms recovered were loaded and were positioned throughout the house. Approximately five (5) ounces of marijuana was recovered from a common area of the residence accessible to everyone. Kentucky State Police Hazardous devices investigator Steve Smith found a bucket containing approximately fifty (50) MK II, pineapple style hand grenades in the bedroom. All of these hand grenades appear to have been, at some point, rendered inert by means of a hole drilled in the bottom of the grenade hull or, alternatively, were manufactured as novelty items, and the fuze primers were previously detonated. One of the hand grenades, however, had the hole in the bottom welded shut. A box above the gun cabinet in the same room contained items to complete and assemble the hand grenades. The box contained various components including, but not limited to, time fuses, electric matches, spent grenades fuses, scissors, and

ammunition primers. In the same area, a box was recovered with grenade spoons. In another box, grenade safety pins and grenade spring cock strikers were located. Approximately five (5) one pound of FFFFg Goex Black Powder containers and one Hodgen Pyrodex container was recovered in the same area of the bedroom. All of the necessary components to assemble a grenade or improvised grenade were located in WOOLEY's bedroom. It is the opinion of Hazardous Devices Investigator Steve Smith that the items recovered in the bedroom were intended to re-arm grenades as destructive devices, and further that all necessary components were present to assemble an improvised grenade.

8. On or about April 29, 2020, Federal Bureau of Investigations (FBI) Special Agent Sean Miller and Kentucky State Police Detective Dan Morck interviewed WOOLEY. WOOLEY admitted to posting the Facebook comments under the "Nick Sample" Facebook account. When asked about the hand grenades located in the bedroom, WOOLEY admitted to possessing them. WOOLEY diverted the conversation and minimized his responses throughout the interview. In regards to the explosive powder found in the residence, WOOLEY advised it was for fireworks. During the search of the residence and outbuildings, no evidence of or paraphernalia related to manufacturing fireworks was located, however a box of commercially manufactured firecrackers was found in the box containing the electric matches, time fuze, pair of scissors, and grenade fuzes.

9. On or about May 1, 2020, ATF Explosive Enforcement Officer (EEO) Phillip Whitley examined photographic and documentary evidence related to the materials located in WOOLEY's bedroom on April 29, 2020, and concluded that these

materials constitute a combination of parts either designed or intended for use in converting any device into a destructive device as defined in Title 26, United States Code, Section 5845(f)(1) or (2) and from which a destructive device may be readily assembled.

10. On or about April 30, 2020, your affiant queried the National Firearms Registration and Transfer Records (NFRTR) for any items registered to Jeremiah F WOOLEY. The NFRTR reported there were no items registered to Jeremiah F WOOLEY.

THEREFORE, based upon the foregoing, your Affiant has established probable cause to believe that, on or about April 29, 2020, in the Western District of Kentucky, McCracken County, Kentucky, Jeremiah WOOLEY, knowingly possessed a firearm, as defined in Title 26, United States Code, Section 5845(a)(8), that is, any combination of parts either designed or intended for use in converting any device into a destructive device as defined in Title 26, United States Code, Section 5845(f)(1) or (2) and from which a destructive device may be readily assembled, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

*[signature: Jamie Gordon]*

Jamie W. Gordon, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.

_____
HON. LANNY KING
UNITED STATES MAGISTRATE JUDGE
United States District Court
Western District of Kentucky

Date: May 05, 2020